IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA P. YANCY-EL<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS KELLY, et al.,<br><br>Defendants. | 2:24-cv-751<br><br>Hon. J. Nicholas Ranjan<br><br>Magistrate Judge Maureen P. Kelly |

## MEMORANDUM ORDER

This is a *pro se* case asserting civil rights violations. This matter was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court are two Reports & Recommendations filed by Judge Kelly. The first, filed on June 21, 2024 (ECF 8), recommends that the Court (1) dismiss with prejudice Ms. Yancy-El's claims against Magisterial District Judge Richard D. Olasz, Jr., and (2) dismiss without prejudice her claims against all other parties. The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), objections to the Report & Recommendation were due within fourteen days, or seventeen days for unregistered ECF users. Ms. Yancy-El subsequently submitted a "supplement" to her complaint (ECF 12), which appears to list out her desired relief. She did not file any objections to the first Report & Recommendation.

The second, filed on June 24, 2024 (ECF 11),[1] recommends that the Court deny Ms. Yancy-El's Petition for Order of Protection (ECF 6), which Judge Kelly construes

---

[1] On July 25, 2024, Judge Kelly filed a "corrective entry" for her June 24, 2024, Report & Recommendation because it was missing a page. ECF 13. The Court gave

as a motion for a temporary restraining order. The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), objections to the Report & Recommendation were due within fourteen days, or seventeen days for unregistered ECF users. Ms. Yancy-El also did not file any objections to the second Report & Recommendation.

Upon a review of the record of this matter and the two Reports & Recommendations, the Court finds no clear error on the face of the record, and therefore enters the following order:

**AND NOW**, this **17th day of September, 2024**, it is hereby **ORDERED** that Judge Kelly's Reports & Recommendations, ECF 8 and ECF 13, are **ADOPTED** as the opinions of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*  
United States District Judge

---

Ms. Yancy-El additional time to object to the second Report & Recommendation based on this filing.